# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

UNITED STATES OF AMERICA
V.
Eric Leggette

Case Number: 4:07CR00127-06-SWW
USM 24711-009

**Date of Original Judgment:** May 30, 2008

**Date of Previous Amended Judgment:** September 24, 2008
*(Use Date of Last Amended Judgment if Any)*

N/A
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  **X** GRANTED and the defendant's previously imposed sentence of imprisonment of 113 months **is reduced to 98 months.**

Except as provided above, all provisions of the judgment dated May 30, 2008 will remain in effect.

**IT IS SO ORDERED.**

Order Date: 1/22/2015

/s/Susan Webber Wright
United States District Judge

Effective Date: November 1, 2015
   *(If different from order date)*